# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,     :     Case No. 3:15-cr-156(2)

                                        District Judge Thomas M. Rose
-    vs   -                       Magistrate Judge Michael R. Merz

GREGORY LEWIS GIBSON,

                Defendant.     :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 48), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's § 2255 motion (ECF No. 44) be dismissed with prejudice.  Defendant is DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

**DONE** and **ORDERED** in Dayton, Ohio, this 5th day of August, 2020.

                                                    *s/Thomas M. Rose

                                                    Thomas M. Rose
                                          United States District Judge